UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

LUIS RAUL SOTO,

                       Plaintiff,                      23-CV-03852 (AS)(SN)

    -against-                                  <u>ORDER</u>

BROWNSTONE FAMILY HOLDINGS LLC,
et al.,

                       Defendants.

------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The initial pretrial conference scheduled for Tuesday, December 5, 2023, at 10:00 a.m. is RESCHEDULED for December 5, 2023, at 2:30 p.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key.

SARAH NETBURN
United States Magistrate Judge

DATED:    November 28, 2023
              New York, New York